**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **1:26-CV-22767-DSL**

**MARIE NICOLE DAYANA CADEAU,**

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC,**
**TRANS UNION LLC, INNOVATIVE RECOVERY, INC,**

Defendant.
________________________________________/

# JOINT NOTICE OF SETTLEMENT

Plaintiff Marie Nicole Dayana Cadeau and Defendants Trans Union LLC and Equifax Information Services LLC submit this Joint Notice of Settlement and state that Plaintiff and Defendants Equifax Information Services LLC and Trans Union LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 18, 2026

Respectfully Submitted,

/s/ Samuel J. Awad .
SAMUEL J. AWAD, ESQ.
Florida Bar No.: 1058426
E-mail: samuel@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

*/s/ Charlotte A. Long*
Charlotte A. Long
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
(469) 578-1464
*Counsel for Trans Union LL*

/s/ *Jason Daniel Joffe*
**JASON DANIEL JOFFE**
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email:jason.joffe@squirepb.com

*Counsel for Defendant Equifax*
*Information Services LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2026, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Samuel J. Awad .
SAMUEL J. AWAD, ESQ.
Florida Bar No.: 1058426